Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
SEALAND

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

JS-6

| | |
|---|---|
| SEALAND, | ) Case No.  CV16-00342- ODW (RAOx) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| LOGISTIC NETWORK OF AMERICA, | ) |
| LLC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Stipulation for Entry of Judgment filed herein:

　　　IT IS ADJUDGED that SeaLand recover from Logistic Network of America, LLC the following amounts:

///

///

///

1

| | | |
|---|---|---|
| Principal | $30,782.00 | |
| Interest | $1,348.80 | |
| Attorney's fees | $5,000.00 | |
| Costs: | $472.00 | |
| Total: | $37,602.80 | |

plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated:  June 13, 2016

_____

Otis D. Wright II
United States District Judge

2

PROOF OF SERVICE

STATE OF CALIFORNIA )
                              )      ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On June 10, 2016, I served the foregoing document described as **[PROPOSED] JUDGMENT** on the interested parties by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Logistic Network of America, LLC
1430 Truxtun Ave, 5th Flr.
Bakersfield, CA 93301

[x ] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **VIA CM/ECF:** Pursuant to General Order 10-7 the forgoing document was served on counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on June 10, 2016, at Long Beach, California.


                         _s/Stephen M. Uthoff_____
                           Stephen M. Uthoff